**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GALLEGOS,<br><br>        Petitioner,<br><br>   vs.<br><br>L.S. McEWEN, WARDEN,<br><br>        Respondent. | CASE NO. CV 11-02966 DSF (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 5/3/12

*/s/ Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE